**MAGNIVISION, INC., Plaintiff–Appellant,**

v.

**COSTCO WHOLESALE CORPORATION,
Defendant,**

and

**The Bonneau Company, Foster Grant Group, L.P. and AAI Foster Grant, Inc., Defendants–Appellees.**

No. 05–1533.

United States Court of Appeals, Federal Circuit.

April 18, 2006.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and GAJARSA, Circuit Judge.

## Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.